Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Western District of Tennessee

_____ Division

RECEIVED
2021 SEP 13 AM 11: 12
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
TNWD OF TN MEMPHIS

**MELVIN DAVIS, (JohnDoe#3), ANDREW SIDNEY PHILLIPS, (John Doe#4), SAMUEL MATTHEWS, (John Doe#5), EDUARDO WELLS, (John Doe#6),** ~~et al.,~~

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

**"CLASS ACTION"**

**WILLIAM B. LEE,** ~~et al.,~~

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Melvin Davis, Pro se
Address: 1791 Nelson Avenue
City: Memphis      State: Tennessee      Zip Code: 38114
County: Shelby     Telephone Number: 901-596-0514

### B. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Andrew Sidney Phillips, Pro se
Address: 1719 Evelyn Avenue
City: Memphis      State: Tennessee      Zip Code: 38114
County: Shelby     Telephone Number: unknown

### C. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Samuel Matthews, Pro se
Address: 528 Buntyn Street
City: Memphis      State: Tennessee      Zip Code: 38111
County: Shelby     Telephone Number: 901-520-2637

### D. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Eduardo Wells, Pro se
Address: 55 Dee Road
City: Somerville   State: Tennessee      Zip Code: 38068
County:            Telephone Number: 901-827-2203

### A. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Name: William B. Lee, ~~et al.,~~
Job or Title: Governor (State Of TN)
Address: 1st Floor, State Capitol
City: Nashville    State: Tennessee
Zip Code: 37243
Phone #: 615-741-2001

OFFICIAL CAPACITY

☐    ☐

**DI.**    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

a.   Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   X   State or local officials (a § 1983 claim)

b.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   United States Constitution, Constitutional Amendments - I, V, VIII, XIV
   U.S.Const.art.I, § 10.

c.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

d.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

**The enumerated Defendant acted of color of state statute and law.**

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## DII. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

a. Where did the events giving rise to your claim(s) occur? After each Pro se Plaintiff(s) release from the Tennessee Department of Corrections.

b. What date and approximate time did the events giving rise to your claim(s) occur?
All dates vary/differ according to different individual release dates from the Tennessee Department of Corrections. All Pro se Plaintiffs pertinent dates occurred after the calendar year of 2004.

c. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

In this respective "Class Action" complaint, the Plaintiffs allege, inter alia, that the retroactive application of the Tennessee Sexual Offender and Violent Sexual Offender Registration Verification and Tracking Act of 2004 (hereinafter "SORA"), Tenn.Code Ann. § 40-39-218(2018), (1) is an unconstitutional violation of the Ex Post Facto Clause of the United States Constitution, (2) violates the right to free speech guaranteed by the First Amendment, and (3) imposes oppressive restrictions in violation of the rights to parent, work, and travel under the Due Process Clause of the Fourteenth Amendment.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## DIII. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.
- {1} Restriction of each Plaintiff(s) liberty,
- (2) Difficulty parenting due to SORA,
- (3) Negatively impacted Plaintiff's work, Internet use, place of residency, and
- (4) Travel

## DIV. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

(1) To be immediately removed from the Tennessee Sexual Offender and Violent Sexual Offender Registration Verification and Tracking Act of 2004 (hereinafter "SORA"), Tenn.Code Ann. § 40-39-218(2018),
(2) To appoint competent legal counsel to amend, modify, and assist each of the aforementioned Plaintiff(s) with the complexities of this "Class Action" complaint within the interest of manifest justice, and
(3) Any other relief deemed appropriate by this Honorable Court.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### a. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-13-21

Signature of Plaintiff: x Melvin Davis
Printed Name of Plaintiff: Melvin Davis

### b. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
City / State / Zip Code:
Telephone Number:
E-mail Address: