## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| MELVIN DAVIS,<br>ANDREW SIDNEY PHILLIPS,<br>SAMUEL MATTHEWS,<br>and EDUARDO WELLS<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM B. LEE, in his official capacity<br>as Governor of the State of Tennessee<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:21-cv-02573-SHL-atc |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiffs' <u>Pro</u> <u>Se</u> Complaint, (ECF No. 1), filed September 13, 2021,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Dismissing Complaint for Failure to Prosecute, (ECF No. 24), filed October 24, 2022, all claims by Plaintiffs against Defendant are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

October 24, 2022
Date